■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH V. COSTANTINO, Appellant. [919 NYS2d 415]—

Present—Smith, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.

■ In the Matter of JULIANI B., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DENISE M., Appellant, et al., Respondent. [919 NYS2d 415]—

Present—Smith, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.

■ In the Matter of COUNTY OF ERIE, Respondent, v CIVIL SERVICE EMPLOYEES ASSOCIATION, LOCAL 815, Appellant. [919 NYS2d 416]—

Present—Smith, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.